IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

        Plaintiff,                        No. CIV S-06-0405 GEB KJM P

    vs.

JEANNE WOODFORD, et al.,        <u>ORDER AND</u>

        Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        On April 26, 2006, the court ordered that plaintiff, within thirty days, complete and submit an application to proceed in forma pauperis on the form used by this court and submit a copy of his prison trust account statement for the last six months.  Plaintiff was warned that failure to comply with the April 26, 2006 order would result in a recommendation that this action be dismissed.  Plaintiff has not complied with the April 26, 2006 order.[1]  Therefore, the court will recommend that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

        Plaintiff also has filed a request for the appointment of counsel.  The United

---

[1] While plaintiff has filed a self-styled motion to proceed in forma pauperis, he has neither used this court's form nor provided all the information required by the form.  In particular, he has not provided a certified copy of his trust account statement.

States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel based on 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's May 15, 2006 motion for the appointment of counsel is denied; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  June 5, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
mote0405.3d+31