IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

        Plaintiff,                No. CIV S-06-0405 GEB KJM P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On June 5, 2006, plaintiff filed a request for an extension of time to file an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 5, 2006 request for an extension of time is granted;

        2. Plaintiff shall file an in forma pauperis application on or before June 25, 2006; and

/////

/////

/////

/////

/////

3. This court's June 6, 2006 findings and recommendations in which the court recommends that this action be dismissed for plaintiff's failure to file an in forma pauperis application are vacated.

DATED: June 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
mote0405.36