IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

      Plaintiff,                        2:06-cv-0405-GEB-KJM-P

    vs.

JEANNE WOODFORD, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff has filed a document in which he objects to the magistrate judge's June 6, 2006 denial of plaintiff's request for the appointment of counsel.  The court construes plaintiff's objection as a motion for reconsideration.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge filed June 6, 2006, is affirmed.
3  Dated: September 13, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```