IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

        Plaintiff,                    No. CIV S-06-0405 GEB KJM P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. On April 26, 2006, plaintiff was directed to submit a completed application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff has not, however, obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided one final opportunity to submit a completed application to proceed in forma pauperis. If plaintiff does not submit a complete application to proceed in forma pauperis to the court within thirty days, the court will recommend that this action be dismissed without prejudice.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
mote0405.31