IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

    Plaintiff,  No. CIV S-06-0405 GEB KJM P

  vs.

JEANNE WOODFORD, et al.,

    Defendants.  ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: January 8, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
mote0405.59